No. 00–6859. AMAVISCA *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 00–6862. SNAPP *v.* UNLIMITED CONCEPTS, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7101. RAMOS *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 00–7132. WRIGHT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7142. SALGADO SOTO *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–7317. FERREIRA *v.* HOLT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–7424. MASSEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–7483. MONTGOMERY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7511. DILLON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7538. SHULL *v.* BEXAR COUNTY ET AL. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 00–7550. JOHNSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–7558. KNOX *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7569. SZERLIP *v.* CITY OF MOUNT VERNON, OHIO. Ct. App. Ohio, Knox County. Certiorari denied.

No. 00–7592. MURILLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7635. PARKS *v.* UNITED STATES; and